UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| TYE BROWNING | ) | |
|       Plaintiff | ) | NO. 1:21-cv-01107 |
| v. | ) | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA | ) | |
|       Defendant | ) | |

___

**JOINT NOTICE OF SETTLEMENT**
___

Plaintiff, Tye Browning, and Defendant, Life Insurance Company of North America, by and through their undersigned counsel, file this Joint Notice of Settlement and request a stay of all pending deadlines. The parties inform the Court that this case has been settled, and they are working out the details of the settlement agreement. Once the settlement agreement is finalized they intend on filing a Joint Stipulation of Dismissal with prejudice with the Court within thirty (30) days.

Respectfully submitted,

**ERIC BUCHANAN & ASSOCIATES, PLLC**

By: /s/ Audrey C. Dolmovich
    Audrey C. Dolmovich, Esquire
    Eric Buchanan & Associates, PLLC
    414 McCallie Avenue
    Chattanooga, TN 37404
    Telephone: (423) 634-2506
    Fax: (423) 634-2505
    adolmovich@buchanandisability.com
    *Attorneys for Plaintiff*

**ROBINSON, SMITH & WELLS, PLLC**

By: /s/ Marcie K. Bradley
    Marcie K. Bradley, #028222
    700 Republic Centre
    633 Chestnut Street
    Chattanooga, TN 37450
    (423) 665-9529
    mbradley@rswlaw.com
    Attorney for Defendant