UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

---

| | |
|---|---|
| **TYE BROWNING,** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| vs. | |
| **LIFE INSURANCE COMPANY OF NORTH AMERICA** | **CASE NO: 21-1107-STA-jay** |
| Defendant. | |

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED that in accordance with the ORDER OF DISMISSAL WITH PREJUDICE entered on November 2, 2021, this cause is hereby DISMISSED with prejudice.**

                                                                     **APPROVED:**

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

**DATE: 11/2/2021**
                                        THOMAS M. GOULD
                                        Clerk of Court

                                                s/Maurice B. BRYSON

                                                (By) Deputy Clerk